UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
      United States of America,

                                 **ORDER**

          -against-

                             7:20-CR-00243 (CS)

      Mark Cini,
              Defendant(s).
---------------------------------------------------------X

Seibel, J.

      The Court heard from the parties in the above-referenced case telephonically on April 7, 2020 regarding the Defendant's application for bail modification, which was filed on ECF on April 7, 2020 (see Doc # 9). For the reasons stated on the record, the Court hereby modifies the Defendant's bail as follows:

> **In place of a second financially responsible cosigner on the bond, Defendant may post security in the form of a lien on payments due on the note and mortgage attached as Ex. 1 to Doc. 9 on the docket – provided the Government is able to confirm the validity of the obligation. The Government will have until April 14th to do so and file with the appropriate county clerk whatever paperwork is necessary to secure its interest. In addition, Defendant will be placed under 24-Hour <u>HOME INCARCERATION</u> to be enforced by location monitoring technology to be determined by Pretrial Services. The defendant may only leave his residence for necessary medical services. All other leave from the residence must be submitted through defense counsel for the Court's approval. The Defendant is permitted to self-install the home monitoring equipment under the direction and instruction of Pretrial Services. Unless otherwise approved by the Court, the location monitoring equipment shall be installed no later than 14 days after release during which the Defendant is ordered to self-quarantine. Within two weeks of his release, the Defendant must purchase or secure an iPhone with Facetime capabilities for remote/virtual monitoring by Pretrial Services. When home visits are scheduled by Pretrial Services, to the best of his ability, the Defendant shall comply with Pretrial Services requests to remove all cohabitants of the residence prior to the visit. The Defendant must report and disclose to Pretrial Services when any cohabitant of the residence, including self, may be symptomatic of any illness. All other conditions remain the same.**

Defendant shall be released from custody on April 14, 2020, in the morning, absent

further order of the Court. The Government shall advise the Court if it is able to secure its interest sooner.

**SO ORDERED.**

Dated: April 9, 2020
      White Plains, New York

_____
Cathy Seibel, U.S.D.J.