UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
       United States of America,

                                        NOTICE RE: CHANGE OF
                                        TIME OF CONFERENCE

      -against-

                                          7:20-CR-00243 (CS)


       Mark Cini,
                    Defendant(s).
-------------------------------------------------------------X


The Status Conference previously scheduled before this Court for **August 6, 2020 at 9:30 a.m.** will be held at **3:00 p.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                      /s/ Walter Clark, Courtroom Deputy

Dated:   July 23, 2020
           White Plains, New York