UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      United States of America,

                                                        NOTICE RE: CHANGE OF
                                                      TIME OF CONFERENCE

       -against-

                                                        7:20-CR-00243 (CS)


      Mark Cini,
                        Defendant(s).
------------------------------------------------------------X

The Status Conference previously scheduled before this Court for **September 8, 2020 at 12:00 p.m.** will be held at **11:00 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                        /s/ Walter Clark, Courtroom Deputy

Dated:  August 28, 2020
           White Plains, New York